# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 99-2758

_____

| | | |
|---|---|---|
| Jerry William Weber, | * | |
| | * | |
| Appellant, | * | Appeal from the United States |
| | * | District Court for the |
| v. | * | District of Minnesota. |
| | * | |
| Frank W. Wood, | * | **[UNPUBLISHED]** |
| | * | |
| Appellee, | * | |

_____

Submitted: August 1, 2000
Filed: August 3, 2000

_____

Before BEAM, FAGG, and LOKEN, Circuit Judges.

_____

PER CURIAM.

Jerry William Weber, a Minnesota inmate, appeals the district court's[1] adverse grant of summary judgment in his 42 U.S.C. § 1983 retaliatory-transfer action. Having carefully reviewed the record, we conclude summary judgment was properly granted, for the reasons stated by the district court. We also conclude the district court did not

_____

[1]The HONORABLE RICHARD H. KYLE, United States District Judge for the District of Minnesota, adopting the report and recommendations of the HONORABLE FRANKLIN L. NOEL, United States Magistrate Judge for the District of Minnesota.

abuse its discretion in denying Weber's various discovery motions.  <u>See</u> 8th Cir. Rule 47B.  Accordingly, we affirm.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.